IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARIA RODRIGUEZ DIAZ, ET AL.,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>JEAN ANDRES PÉREZ RODRIGUEZ, ET AL.,<br>　　Defendants | |
| MARCEL PÉREZ-GRAULAU,<br><br>　　Third-Party Plaintiff,<br><br>　　　　v.<br><br>UNIVERSAL INSURANCE COMPANY,<br><br>　　Third-Party Defendant. | **Civil No. 14-1651 (DRD)** |

## MOTION FOR EXTENSION OF TIME

TO THE HONORABLE COURT:

　　COMES NOW, codefendant and third-party plaintiff Marcel Pérez Graulau through the undersigned attorneys, and very respectfully states and prays:

1. On May 22, 2016, third-party defendant Universal Insurance Company ("Universal") filed its response to Marcel Perez-Graulau's partial motion for summary judgment. Together with its response, Universal also moved for summary judgment.

2. On May 23, 2016, the undersigned requested an extension of time, until June 9, 2016, to file a reply brief in further support of Perez-Graulau's motion for partial summary judgment and respond to Universal's cross motion for summary judgment. *See*, Dkt. 113. The Court granted the request on May 24, 2016. *See,* Dkt. 114.

3. We respectfully ask the Honorable Court for an additional extension of time until **June 23, 2016** in order to complete the preparation of the above-mentioned motion and properly address all the new matters raised in Universal's motion.

Respectfully submitted,

In San Juan, Puerto Rico, this 8th day of June, 2016.

**MELÉNDEZ TORRES LAW, PSC**
*Attorneys for* Pérez-Graulau
MCS Plaza, Suite 1200
255 Ponce de León Avenue
San Juan, Puerto Rico 00917
Tel. 787.281.8100 / Fax 787.281.8310

**s/Sonia I. Torres Pabón**
Sonia I. Torres Pabón
USDC-PR No. 209310
storres@melendeztorreslaw.com

### CERTIFICATE OF SERVICE

I hereby certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

**By: /s/ Sonia Torres-Pabón**